# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX A. MARTINEZ, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:20-cv-00174-JCH |
| | : | |
| VS. | : | |
| | : | |
| CITY OF STAMFORD, | : | |
|     Defendant. | : | July 20, 2020 |

## PARTIES' JOINT STATUS REPORT

The parties file this joint status report in compliance with the Court's October 24, 2020, Order.

1. <u>Status of Discovery</u>- Discovery has not been completed.  The parties have both served their compliance with the Initial Discovery Protocol.  The parties may seek additional written discovery.

2. <u>Amendment to Pleadings</u>- The parties do not contemplate requesting permission to amend their pleadings.  However, if in ruling on the defendant's motion to dismiss, the Court provides the plaintiff with an option of amending his complaint, he may choose to so amend his complaint;

3. <u>Dispositive Motions</u>-On April 9, 2020, the defendant filed a motion to dismiss the Second Cause of Action in plaintiff's First Substituted Complaint, alleging a violation of 42 U.S.C. § 1981.  Briefing on the motion to dismiss has been completed and the parties are awaiting a decision from the Court on the motion;

4. <u>Current Deadlines-</u> All discovery will be completed (not propounded) by February 28, 2021.  A dispositive motion may not be filed later than April 15, 2021.  A joint trial memorandum will be filed on or before April 15, 2021, or 30 days after ruling on summary judgment motion, whichever is later.

THE PLAINTIFF

    By:<u>/s/ Thomas W. Bucci</u>    Date:<u> July 20, 2020</u>
    Thomas W. Bucci
    Fed. Bar No. 07805
    Willinger, Willinger & Bucci, P.C.
    855 Main Street
    Bridgeport, Ct 06604
    Tel: (203) 366-3939
    Fax: (203) 337-4588
    Email: thomaswbucci@outlook.com

THE DEFENDANT

    By: <u>Jonathan C. Sterling</u>    Date:<u> July 20, 2020</u>
    Jonathan C. Sterling
    Fed. Bar No. 24576
    Carlton Fields, P.A.
    One State Street
    18th Floor
    Hartford, CT 06103
    Tel. (860) 392-5042
    Fax (860) 392-5058
    Email: jsterling@carltonfields.com

## **CERTIFICATION**

I hereby certify that on July 20, 2020, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas W. Bucci
Thomas W. Bucci